UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMIE MONKS, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>WALGREEN EASTERN CO, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 1:25-cv-12004-MJJ |

**PLAINTIFF'S MOTION ON CONSENT FOR LEAVE TO AMEND COMPLAINT**

      Plaintiff moves for leave to amend his complaint pursuant to F.R.C.P. 15 and Local Rule 15.1. District Courts "should freely give leave when justice so requires" when a party moves to amend its complaint. Fed. R. Civ. P. 15(a)(2); *U.S. ex rel. Gagne v. City of Worcester*, 565 F.3d 40, 48 (1st Cir. 2009) ("Rule 15(a) reflects a liberal amendment policy.") Defendant's counsel has provided written consent to the proposed amendment. "[A] party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

      Here, Plaintiff, Jamie Monks, on behalf of himself and all other similarly situated, seeks leave of this Court to amend his Complaint, ECF No. 1-1 (state court complaint) to add an additional Plaintiff, Michael Pashko, to refine the Class definition to include job titles, and to narrow the Class Period due to Defendant's July 2025 payroll policy change. *See* Proposed Amended Complaint.

      The Court should grant the instant motion because this case is at an early stage, and it is free from "undue delay in filing the motion, bad faith or dilatory motive, repeated failure to cure deficiencies, undue prejudice to the opposing party, and futility of amendment." *U.S. ex rel. Gagne*, 565 F.3d at 48 (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). Plaintiff's counsel was

1

retained by proposed Plaintiff, Michael Pashko, on August 28, 2025. Defendant's counsel has consented to filing the proposed amended complaint. Defendant has not yet filed a responsive pleading, and no written discovery has been served at this point. Judicial economy will be promoted by allowing the amendment.

In light of the foregoing, Plaintiff respectfully requests that this Court grant his Motion on Consent for Leave to Amend.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 5, 2025 | The Plaintiff,<br>JAMIE MONKS, individually and on behalf of all others similarly situated.<br>By his Attorneys,<br><br>*/s/ Raymond Dinsmore*<br>Raymond Dinsmore, Esq. (BBO # 667340)<br>Richard E. Hayber, Esq. (BBO # 569131)<br>Ryan B. Guers, Esq. (BBO # 713870)<br>Hayber, McKenna & Dinsmore, LLC<br>One Monarch Place, Suite 1340<br>Springfield, MA 01144<br>Tel.: 413-785-1400<br>Fax: 860-218-9555<br>Email: rdinsmore@hayberlawfirm.com<br>            rhayber@hayberlawfirm.com<br>            rguers@hayberlawfirm.com |

## LOCAL RULE 7.1 CERTIFICATION

I, Raymond Dinsmore, counsel for the Plaintiff, hereby certify that I conferred with counsel for Defendant regarding the subject of this Motion via email on September 4, 2025. On September 5, 2025, Defendant's counsel provided Defendant's written consent to the relief requested herein via email.

Dated: September 5, 2025                              */s/ Raymond Dinsmore*
                                                                       Raymond Dinsmore

**CERTIFICATE OF SERVICE**

      I, Raymond Dinsmore, hereby certify that this document, filed through the CMECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 5, 2025, and to unregistered participants via email.

                                                     */s/ Raymond Dinsmore*
                                                     Raymond Dinsmore